

1878 Marlton Pike East
Society Hill Office Park, Suite 10
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

November 8, 2010

**VIA ECF**
Honorable Judge Pratter
U.S. District Court, ED of PA
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    **RE:** *Reddy v. Schneider National, Inc.*
       Civil Action No.: 10-cv-5441

Dear Judge Pratter:

  As Your Honor may be aware, I represent Plaintiff in the above referenced matter. I write to inform the Court that the matter has been resolved, and accordingly, it is requested that Your Honor issue a 90-day order pursuant to local rule 41.1(b).

  Thank you.

            Respectfully submitted,

            **SWARTZ SWIDLER, LLC**


            */s/ Justin L. Swidler*
            Justin L. Swidler, Esq.


CC: Ms. Carianne Torrissi (via email CTorrissi@rawle.com)